**UNITED SATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**

**LARRY B. STEVENSON III**                                           **DEFENDANT**

**AFFIDAVIT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

I, Isaac J. Waters, being duly sworn, do hereby depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am employed as a Special Agent (SA) with the United States Department

of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been

so employed since March 2020.  I am a graduate of the Federal Law Enforcement Training

Center's Criminal Investigator Training Program and the ATF National Academy's Special

Agent Basic Training Program.  Prior to becoming an ATF Agent, I was employed for

approximately six and one half (6.5) years with the Kentucky State Police, serving in the

ranks of Trooper and Detective.  I am currently assigned to the Louisville Field Division,

Lexington Field Office in Lexington, Kentucky.  During my career, I have conducted

and/or participated in numerous federal and state investigations relating to firearms

violations.  My current duty assignment includes, but is not limited to, investigating Federal

1

criminal laws relating to organizations and individuals involved in violent crime and/or the possession and trafficking of firearms and controlled substances.

2.    In addition, and as a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws, and know that it is a violation of Title 18 U.S.C. Section 922(g)(1), for any person, knowing they had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to knowingly possess a firearm that was in and affecting commerce. I am authorized and have the responsibility to investigate persons for violations of Federal law involving the illegal possession of weapons. In my capacity as an ATF Special Agent, I am authorized to arrest people for violations of federal law, including for 18 U.S.C. § 922(g)(1).

3.    I have participated in firearms investigations, including the possession of a firearm or ammunition by a prohibited person.  Through my training, education and experience, I have become familiar with the manner in which people are involved in the illegal possession of firearms and their methods of operation and attempts to avoid detection from law enforcement.

4.    This Affidavit is based upon my personal knowledge and upon information reported to me by other state and local law enforcement officers during the course of their official duties. The information contained in this Affidavit is not a complete account of everything known to me about this case.  Rather, this Affidavit provides the information necessary to establish probable cause to support the issuance of a Criminal Complaint and corresponding arrest warrant.

5.      It is your Affiant's opinion that the investigation to date indicates that there is probable and reasonable cause to believe that on or about January 18, 2026, and May 17, 2026, in Fayette County, in the Eastern District of Kentucky, LARRY B. STEVENSON III (DOB XX-XX-2004; SSN: XXX-XX-2736) did knowingly possess a firearm on each occasion that was in and affecting commerce, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year. The following facts support the finding of probable cause.

## PROBABLE CAUSE

6.      On January 18, 2026, at approximately 0020 hours, officers with the Lexington Police Department were dispatched to 2350 Woodhill Drive in reference to a white Jeep Cherokee in the Austin City Saloon parking lot occupied by individuals wearing all black clothing, who had, according to witnesses, threatened to, "Shoot the place up". Officers operating fully marked patrol vehicles arrived in the parking lot of 2350 Woodhill Drive and were advised by witnesses that the suspects were in a white Jeep Cherokee.

7.      Officers quickly located and approached the identified white Jeep Cherokee. They observed black male occupants wearing dark clothing in the front driver's seat and front passenger seat, as well as a third black male occupant wearing dark clothing and a ski mask in the rear driver's side seat.  All three occupants were given verbal commands to show their hands.  The rear seat passenger on the driver's side, later identified as LARRY B. STEVENSON, III, DOB XX-XX-2004, did not immediately comply with officer's commands.  After an additional command to exit the vehicle, STEVENSON stepped out of the vehicle. As STEVENSON exited the vehicle officers immediately observed a pistol

lying on the floorboard where STEVENSON had been seated.  As the remaining occupants exited the vehicle, an additional firearm, which was an AK-style firearm, was observed next to the front passenger seat.  Once removed, all of the occupants were observed wearing black hoodies, black gloves, and had the hoods pulled up over their heads.

8.    The firearm located at STEVENSON's feet could be more particularly described as a tan colored Glock pistol, model: 23GEN4, serial number: XEE993, which was loaded with 27 rounds of 9mm ammunition in an extended magazine. Also located on STEVENSON's person in his right jacket pocket when he was patted down for officer safety was a black Glock magazine containing 9 rounds of 9mm ammunition. A later examination of the Glock 23 pistol showed that the barrel of the pistol had been switched from its original 40-caliber barrel to an aftermarket barrel chambered in a 9mm pistol. This switch enabled the pistol to fire 9mm ammunition like that found on STEVENSON. Additionally, the loaded Glock 23 pistol at Stevenson's feet had an installed Glock Machinegun Conversion Device (MCD), commonly known as a Glock "switch", the purpose of which is to convert a semi-automatic Glock pistol into machinegun which fires more than one round per single trigger pull.

9.    On January 18, 2026, STEVENSON was arrested and charged with Convicted Felon in Possession of a Handgun pursuant to Ky. Rev. Stat. 527.040. STEVENSON was released from state custody on January 21, 2026. Records obtained from the Kentucky Department of Corrections show that, prior to the above-described incident and charge, STEVENSON had been released from state custody on November 16, 2025 on a minimum expiration of a sentence.

4

10. On May 17, 2026, Lexington Police Officers were patrolling the area of Charles Avenue and Elm Street when they observed three black male subjects hanging around a white Chevrolet Malibu parked on the roadway. One of the subjects was wearing a black zip up sweatshirt and black sweatpants and was clenching his waist band. Police were able to obtain the vehicle's registration plate number and run it through police databases and learned that a vehicle with that plate number had fled from officers on two separate occasions in Lexington since December of 2025. Due to the circumstances surrounding the vehicle, officers exited their patrol vehicles to approach the individuals they observed near 418 Elm Street and the white Chevrolet Malibu. As officers exited their patrol vehicles, they observed the black male wearing all black clothing walk around a tan Chevrolet Malibu that was parked on the roadway and bend down, appearing to officers to throw an object under the vehicle. Officers heard the sound of metal scraping on the roadway and registered the noise as potentially a firearm hitting the ground. An officer advised dispatch that the subject appeared to throw something under a vehicle. Due to the officer's suspicion that the subject had just attempted to tamper with evidence, the subject was placed in handcuffs. He was identified as LARRY B. STEVENSON III, DOB XX/XX/20004.

11. Officers looked under the vehicle where they had observed STEVENSON discard an object and located a Glock pistol in plain sight protruding from underneath the vehicle. The firearm located under the vehicle could be more particularly described as a Glock pistol, model: 22, caliber: .40, serial number: CNW428, loaded with 11 rounds of ammunition, one of which was chambered.

5

12.    Your Affiant reviewed the police body-worn camera footage and observed STEVENSON walking away from officers and bend down low behind the passenger side center of a tan Chevrolet Malibu, parked in the street behind a white Chevrolet Malibu, directly where the firearm was later located by police. Additionally, the body worn camera audio picks up the sound of a metal object hitting the roadway after STEVENSON is seen bending down.

13.    Officers ran STEVENSON's criminal history and determined he was a convicted felon. He was then arrested and charged with Convicted Felon in Possession of a Handgun pursuant to Ky. Rev. Stat.527.040 and Tampering with Physical Evidence. pursuant to Ky. Rev. Stat. 524.100.  Fayette District Court records show STEVENSON posted bond on May 17, 2026, and was released from custody.

14.    Your Affiant has been trained by ATF as a firearms interstate nexus examiner.  Preliminary inspection of the firearm located near STEVENSON on January 18, 2026, and the firearm located near him on May 17, 2026, indicate that the above-described weapons are both firearms as defined in 18 U.S.C., Chapter 44, Section 921(a)(3) and were not manufactured in the Commonwealth of Kentucky.  Because the firearms were possessed in the Commonwealth of Kentucky, the firearms traveled in or affected interstate and/or foreign commerce prior to STEVENSON's possession on each date.

15.    Your Affiant obtained criminal history documents pertaining to STEVENSON from Fayette Circuit Court Clerk which indicated that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year. The records reflect that STEVENSON was convicted and sentenced to 2 years for Wanton

Endangerment 1st Degree, Case number 21-CR-0603, in February 2025, and also convicted and sentenced to 6 years for Complicity to Manslaughter 2nd Degree, Case number 21-CR-0756, in February 2025.

## CONCLUSION

16.     Based on the facts set forth above, it is your Affiant's opinion that there is probable and reasonable cause to believe that on or about January 18, 2026, and  May 17, 2026, in Lexington, Fayette County, in the Eastern District of Kentucky, Larry B. STEVENSON III, did knowingly possess a firearm on each occasion that was in and affecting commerce, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year. I declare under the penalty of perjury that the above statement is true and correct to the best of my knowledge, information, and belief.

/s/ Isaac J. Waters

Isaac J. Waters, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

*Rule 4.1 Addendum*

Per Rule 4.1, the Court processed the complaint remotely  by  reliable  electronic  means (telephone).

UNITED STATES MAGISTRATE JUDGE

Date: _____May 22, 2026_____

7